### 25883. JONES *v.* THE STATE.

GUERRY, J. The defendant had owned and operated a tourist camp for only a few days when officers, upon a search of the entire premises, discovered "two partially filled cases of red bottled-in-bond whisky" in the loft to one of the cottages. When the officers were about to crawl up into the loft from the car-shed which adjoined the cottage, the defendant said: "If you will not search up there I will make it interesting for you." *Held,* that this evidence was sufficient to show that the defendant had guilty knowledge of the presence of the whisky on premises owned by him, and was therefore sufficient to uphold a verdict finding him guilty of possessing liquor. See *Ransom* v. *State,* 2 *Ga. App.* 826 (2) (59 S. E. 101); *Taylor* v. *State,* 135 *Ga.* 622 (70 S. E. 237). The judge did not err in overruling the motion for new trial, based only on the general grounds.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 23, 1936.

*I. J. Bussell,* for plaintiff in error.
*John S. Gibson, solicitor-general,* contra.